# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 21 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| Morgan Rockcoons, aka: Morgan Rockwell, aka: Metaballo | Case Number: 17cr3690-AJB |

~~SEALED~~

~~NOT FOR PUBLIC VIEW~~

**UNSEALED PER ORDER OF COURT**
2/22/18

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **Morgan Rockcoons**
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1956(a)(3)(B) - Laundering of Monetary Instruments
18:1960(a) - Operation of Unlicensed Money Transmitting Business
18:982 - Criminal Forfeiture

DATE: 2/9/18
ARRESTED BY: STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

In violation of Title  See Above  United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ L. Cervantes | 11/08/2017, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $  No Bail  by  The Honorable Bernard G. Skomal
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

3 MH