# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SEALED (crossed out)

PLEASE RECEIPT AND RETURN

UNSEALED PER ORDER OF COURT 2/22/18

UNITED STATES OF AMERICA

v.

Morgan Rockcoons,
aka: Morgan Rockwell, aka: Metaballo

**WARRANT FOR ARREST**

Case Number: 17cr3690-AJB

NOT FOR PUBLIC VIEW

FILED ENTERED FEB 12 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Morgan Rockcoons
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1956(a)(3)(B) - Laundering of Monetary Instruments
18:1960(a) - Operation of Unlicensed Money Transmitting Business
18:982 - Criminal Forfeiture

FILED FEB 23 2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2017 NOV 8 PM 3 09 RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF (CALIFORNIA)

In violation of Title  See Above  United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ L. Cervantes   L. CERVANTES (SEAL) | 11/08/2017, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $  No Bail   by   The Honorable Bernard G. Skomal
                                 Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at  LAS VEGAS, NV

| DATE RECEIVED 11/27/17 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/9/18 | MICHAEL McCANN HSI / S/A | [signature] |