Print Form

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Plaintiff, | Civil No. 3:17-cr-3690 |
|---|---|---|
| v. | | **PRO HAC VICE APPLICATION** |
| MORGAN ROCKCOONS | Defendant. | Morgan Rockcoons |
| | | Party Represented |

I, __David Z. Chesnoff__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Chesnoff & Schonfeld
Street address: 520 S. Fourth Street
City, State, ZIP: Las Vegas, NV  89101
Phone number: 702-384-5563
Email: dzchesnoff@cslawoffice.net

That on __9/29/1981__ I was admitted to practice before __Nevada Supreme Court__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case United States of America v. Arturo Diaz-Ramierez
Case Number 15-CR-2932                                  Date of Application 12/22/2015
Application: ☒ Granted    ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Richard A. Schonfeld, Esq.                              702-384-5563
(Name)                                                   (Telephone)

Chesnoff & Schonfeld
(Firm)

520 S. Fourth Street                Las Vegas, NV               89101
(Street)                            (City)                      (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)