PS 8C
(05/08)

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

April 4, 2018

## Petition for Summons for Defendant on Pretrial Release

**Name of Defendant:** Morgan Rockcoons (English)    **Dkt No.:** 3:17-cr-03690-AJB-1

**Reg. No.:** 54605-048

**Name of Judicial Officer:** The Honorable Anthony J. Battaglia, U.S. District Judge (the following matter was referred to the Honorable Jan M. Adler, U.S Magistrate Judge)

**Date Conditions Ordered:** February 22, 2018, before the Honorable Jan M. Adler, U.S. Magistrate Judge

**Charged Offense:** Laundering of Monetary Instruments; Criminal Forfeiture; Operation of Unlicensed Money Transmitting Business; Criminal Forfeiture

**Conditions of Release:** Restrict travel to the state of Nevada and the Southern District of California for the purpose of Court; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; satisfy all outstanding warrants within 60 days and provide verification to Pretrial Services or the supervising officer; defendant shall use his/her true name only and shall not use any false identifiers; maintain current residence; maintain or actively seek lawful and verifiable employment and notify Pretrial Services prior to any change; submit to any testing required by Pretrial Services to determine whether the defendant is using a prohibited substance; pay all or part of the cost of the testing program based upon ability to pay; refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by licensed medical practitioner including marijuana and medical marijuana; shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances including marijuana and medical marijuana.

**Modification:** On March 6, 2018, your Honor modified the conditions of release to reflect Pretrial Services was not required to report positive drug tests attributed to residual elimination.

**Date Released on Bond:** February 12, 2018, in the District of Nevada

**Next Court Hearing:** April 30, 2018, at 2:00 p.m., for a Motion Hearing/Trial Setting before Judge Battaglia

**Asst. U.S. Atty.:** Jonathan Shapiro          **Defense Counsel:** Richard A Schonfeld (retained)
(619) 546-8225                                              (702) 384-5563

PS 8C
(05/08)

**Name of Defendant:** Morgan Rockcoons  April 4, 2018
**Docket No.:** 3:17-cr-03690-AJB-1  Page 2

**Prior Violation History:** On March 27, 2018, your Honor was informed the defendant violated the conditions of release by being in the presence of anyone using or possessing a controlled substance including marijuana and medical marijuana, specifically CBD (cannabidiol) oil. Furthermore, the Court was informed the defendant relocated without notifying Pretrial Services and continued to test positive for marijuana. Our office requested no action and the Court agreed.

## PETITIONING THE COURT

### TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Standard Condition)** The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances. | 1. On March 20, 2018, the defendant submitted urine specimen which confirmed positive for marijuana. |

### *Grounds for Revocation:*

On March 6, 2018, the defendant reported to Pretrial Services for a Post Release Intake Interview. During this interview, the undersigned reviewed the Order and Conditions of Release signed by your Honor which reflect the defendant is not to possess or use any narcotic drug or controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances. The defendant acknowledged an understanding of the Order, as well as possible consequences for non-compliance.

On March 27, 2018, the undersigned received an email from Pretrial Services Officer in the District of Nevada, Emily McKillip, providing an Interpretation Letter from Alere Toxicology. The Interpretation Letter indicates the defendant submitted urine samples on February 14, 17, 18, 26 and March 4, 14 and 20, 2018, all of which have confirmed positive for marijuana. However, the letter reveals it is the opinion of the Director of Toxicology the defendant reused marijuana prior to the collections on February 18, 2018, and March 20, 2018. It should be noted the defendant did not appear in our district until February 22, 2018.

On March 29, 2018, the defendant reported to Pretrial Services in the District of Nevada and PSO McKillip discussed the results of the Interpretation Letter from Alere Toxicology. PSO McKillip indicated the defendant was disrespectful when the results were brought to his attention and was adamant he has not used any form of THC while on supervision.

PS 8C
(05/08)

**Name of Defendant:** Morgan Rockcoons April 4, 2018
**Docket No.:** 3:17-cr-03690-AJB-1 Page 3

On April 2, 2018, the undersigned spoke to the defendant regarding the results of the Interpretation Letter and he continued to deny marijuana use while on bond. He indicated he submitted a hair follicle test at the direction of his attorney and is awaiting those results. The defendant was informed the Court would be notified of the non-compliance.

**SUPERVISION ADJUSTMENT**

The defendant's supervision adjustment is viewed as poor. Since being placed on bond the defendant continues to test positive for marijuana. On March 29, 2018, the defendant submitted a urine sample which confirmed positive for marijuana and a urine sample on April 4, 2018, which screened positive for marijuana. Those results will be sent to the national lab for confirmation and interpretation.

Furthermore, the defendant has failed to provide proof of employment despite multiple requests from Pretrial Services. The defendant has previously indicated he suffers from Multiple Sclerosis and has used marijuana for several years. However, he maintains he has not used marijuana while on bond. Pretrial Services has yet to receive any information regarding his health condition.

Criminal computerized record checks reveal the defendant's driver license remains suspended/revoked.

**RECOMMENDATION/JUSTIFICATION**

Pretrial Services requests your Honor cite the defendant to appear on April 10, 2018, at 2:00 p.m., so he may show cause why his bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 4/4/16

Respectfully submitted: Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____ _____
Evelyn G. Caserta Anthony Ortiz
U.S. Pretrial Services Officer Supervising U.S. Pretrial Services Officer
(619) 557-3414
Place: San Diego, California

PS 8C
(05/08)

**Name of Defendant:** Morgan Rockcoons April 4, 2018
**Docket No.:** 3:17-cr-03690-AJB-1 Page 4

## THE COURT ORDERS:

__X__   **AGREE**, cite the defendant to appear on April 10, 2018, at 2:00 p.m., so he may show cause why his bond should not be revoked.

_____   Other _____

_____

_____

_____
The Honorable Jan M. Adler
U.S. Magistrate Judge

**5:08 PM, Apr 4, 2018**
Date