ADAM L. BRAVERMAN
United States Attorney
JONATHAN I. SHAPIRO
Assistant U.S. Attorney
California Bar No. 268954
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone  No.: (619) 546-8225
Email:  jonathan.shapiro@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN ROCKCOONS,<br><br>Defendant. | Case No. 17CR3690-AJB<br><br>**GOVERNMENT'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME** |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam L. Braverman, United States Attorney, and Jonathan I. Shapiro, Assistant U.S. Attorney, hereby moves this Court for an order shortening time to permit the undersigned to file the United States' Response in Opposition to Defendant's Motion to Compel Discovery and Preserve Evidence on May 18, 2018, to be heard on May 21, 2018, or as soon thereafter as counsel may be heard.

The reason for the government's motion, and its failure to file earlier, is that the government's pleading was due on Monday May 14, 2018.  At that time, the government had a plea offer pending that the defense was still considering. That plea offer was contingent upon the government not having to litigate pretrial motions.  Accordingly, in

order to give the defense additional time to consider the plea offer, the government did not prepare and file its motion on that day.  The defense contacted government counsel on Tuesday May 15, 2018, to reject the government's plea offer.  However, defense counsel and government counsel were not able to discuss the matter until the afternoon of May 15, 2018.  Accordingly, given the remaining interval of time, the government respectfully requests leave to file its response to Defendant's motion on May 18, 2018.

DATED:  <u>May 18, 2018</u>                    Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

*/s/ Jonathan I. Shapiro*
JONATHAN I. SHAPIRO
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR3690-AJB |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MORGAN ROCKCOONS, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the GOVERNMENT'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following party.

David Z. Chesnoff
Richard Schonfeld


I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>May 18, 2018</u>          <u>*/s/ Jonathan I. Shapiro*</u>
                                          JONATHAN I. SHAPIRO
                                          Assistant United States Attorney