```
ADAM L. BRAVERMAN
United States Attorney
JONATHAN I. SHAPIRO
Assistant U.S. Attorney
California Bar Nos. 268954
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone Nos.: (619) 546-8225
Email:  jonathan.shapiro@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 17CR3690-AJB |
|---|---|---|
| Plaintiff, | ) | REQUEST TO WITHDRAW |
| | ) | THE UNITED STATES' |
| v. | ) | NOTICE OF ATTORNEY APPEARANCE |
| | ) | |
| MORGAN ROCKCOONS, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, ADAM L. BRAVERMAN, United States Attorney, and Jonathan I. Shapiro, Assistant United States Attorneys, that this Court authorize the withdrawal of document number 19 from the clerks record.

DATED: May 18, 2018     Respectfully submitted,

```
                        ADAM L. BRAVERMAN
                        United States Attorney

                        s/Jonathan I. Shapiro
                        JONATHAN I. SHAPIRO
                        Assistant United States Attorney
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 17CR3690-AJB |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| MORGAN ROCKCOONS, | ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, Jonathan I. Shapiro, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **Request to Withdrawal Document** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. David Zeltner Chesnoff, Esq.

2. Richard A Schonfeld, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. None the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2018

*s/Jonathan I. Shapiro*
JONATHAN I. SHAPIRO
Assistant United States Attorney