# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MORGAN ROCKCOONS,<br><br>  Defendant. | Case No.: 17CR3690-AJB<br><br>**ORDER SHORTENING TIME** |

Upon application of the United States and good cause appearing,

IT IS HEREBY ORDERED that the United States may file its Response in Opposition to Defendant's Motion to Compel Discovery and Preserve Evidence on May 18, 2018.

**IT IS SO ORDERED.**

Dated:  May 18, 2018

_____
Hon. Anthony J. Battaglia
United States District Judge