EXHIBIT 1



| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

**AB-129 Lawful money.** (2013-2014)

SHARE THIS: 

## Assembly Bill No. 129

### CHAPTER 74

An act to repeal Section 107 of the Corporations Code, relating to business associations.

[ Approved by Governor June 28, 2014. Filed with Secretary of State June 28, 2014. ]

### LEGISLATIVE COUNSEL'S DIGEST

AB 129, Dickinson. Lawful money.

Existing law prohibits a corporation, flexible purpose corporation, association, or individual from issuing or putting in circulation, as money, anything but the lawful money of the United States.

This bill would repeal that provision.

Vote: majority   Appropriation: no   Fiscal Committee: no   Local Program: no

THE PEOPLE OF THE STATE OF CALIFORNIA DO ENACT AS FOLLOWS:

**SECTION 1.** Section 107 of the Corporations Code is repealed.