FILED

18 OCT 24 PM 1:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ⎯⎯⎯ DEPUTY

10/29/18 alf
UNSEALED PER ORDER OF COURT


SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>MORGAN ROCKCOONS,<br> aka "Morgan Rockwell,"<br> aka "Metaballo,"<br><br>             Defendant. | Case No. 17CR3690-AJB<br><br>I N D I C T M E N T<br>(Superseding)<br><br>Title 18, U.S.C., Sec. 1956(a)(3)(B)-<br>Laundering of Monetary Instruments;<br>Title 18, U.S.C., Sec. 1960(a) -<br>Operation of Unlicensed Money<br>Transmitting Business; Title 18,<br>U.S.C., Sec. 1343 - Wire Fraud;<br>Title 18, U.S.C., Secs. 981(a)(1)(C)<br>and 982, and Title 28, U.S.C.,<br>Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

[18 U.S.C. § 1956(a)(3)(B)]

1.  From on or about December 30, 2016 through on or about January 8, 2017, within the Southern District of California and elsewhere, defendant MORGAN ROCKCOONS, aka "Morgan Rockwell," aka "Metaballo," with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, did knowingly conduct a financial transaction affecting interstate or foreign commerce involving

JIS:nlv:San Diego:10/23/18

29 alf

property represented by a law enforcement officer to be the proceeds of specified unlawful activity, to wit, exchanging $14,500 in U.S. currency represented to be proceeds of manufacturing and distributing "hash oil" (an oil containing tetrahydrocannabinols, a Schedule I Controlled Substance) in violation of Title 21, United States Code, Section 841(a)(1), for approximately 9.998 Bitcoins with a then-value of $9,208.62; all in violation of Title 18, United States Code, Section 1956(a)(3)(B).

## Count 2

[18 U.S.C. § 1960(a)]

2. From a date unknown through on or about August 30, 2017, within the Southern District of California and elsewhere, defendant MORGAN ROCKCOONS, aka "Morgan Rockwell," aka "Metaballo," knowingly did conduct, control, manage, supervise, direct, and own at least part of an unlicensed money transmitting business affecting interstate and foreign commerce, which failed to comply with the money transmitting business registration requirements set forth in Title 31, United States Code, Section 5330, and the regulations prescribed thereunder; all in violation of Title 18, United States Code, Section 1960(a).

## Counts 3-6

18 U.S.C. § 1343

1. From at least May 2018 through on or about October 12, 2018, within the Southern District of California and elsewhere, defendant MORGAN ROCKCOONS, aka "Morgan Rockwell," aka "Metaballo," knowingly and with the intent to defraud, devised a material scheme to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises.

## METHOD AND MEANS

2. It was part of the scheme to defraud that defendant would operate the website www.bitcointopia.org to promote a real estate development he called "Bitcointopia" in Elko County, Nevada.

3. It was further part of the scheme that through the website www.bitcointopia.org, defendant would solicit members of the public to purchase land in exchange for bitcoin.

4. It was further part of the scheme that defendant would falsely state on the website www.bitcointopia.org, "The land is currently owned by Bitcointopia, Inc corporation," and "500-1000 Acre plots are for sale for 0.5 [bitcoin] per acre," when in fact defendant owned two non-contiguous parcels of land in Elko County totaling less than five acres.

5. It was further part of the scheme that defendant would offer to sell land in Bitcointopia, and accept bitcoin as payment for land purchases, when in fact he had no land to sell.

6. It was further part of the scheme that defendant ROCKCOONS would lull buyers into not requesting their money back and not reporting defendant's scheme to law enforcement by falsely stating he submitted the buyer's deed to the purchased land to county officials for filing when in fact he had not submitted a deed.

## EXECUTION OF THE SCHEME

7. On or about the dates set forth below, within the Southern District of California and elsewhere, defendant ROCKCOONS, for the purpose of executing the above-described scheme to defraud, and to obtain money by means of material false and fraudulent pretenses, representations and promises, knowingly caused the following writings, signs, signals, pictures and sounds to be transmitted by means of wire communication in interstate commerce:

| COUNT | APPROXIMATE DATE | WIRE: |
|---|---|---|
| 3 | 6-27-2018 | Wire transmission from www.bitcointopia.org stating, "500-1000 Acre plots are for sale for 0.5 BTC per acre" |
| 4 | 6-27-2018 | Wire transmission from www.bitcointopia.org stating, "Buy Land" |
| 5 | 7-20-2018 | Wire transmission of Telegram message from Las Vegas, Nevada, to San Diego, California, stating, "will be sometime in Aug for deed, submitted it June 29" |
| 6 | 8-2-2018 | Wire transmission of Twitter direct message from Las Vegas, Nevada, to San Diego, California, stating, "I did submit your deed to the county" |

All in violation of Title 18, United States Code, Section 1343.

## Forfeiture Allegations

Upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant MORGAN ROCKCOONS, aka "Morgan Rockwell," aka "Metaballo," shall forfeit to the United States all rights, title and interest in any and all property involved in such offenses, and any property traceable to such property.

Upon conviction of one or more of the offenses alleged in Counts 3 through 6 of this Indictment, and pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), defendant MORGAN ROCKOONS, aka "Morgan Rockwell" aka "Metaballo", shall forfeit to the United Sttate all property, real and personal, which constitutes or is derived from proceeds traceable to the violations.

//
//
//

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 18, United States Code, Sections 981(a)(1)(C) and 982, and Title 28, United States Code, Section 2461(c).

DATED: October 24, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
JONATHAN I. SHAPIRO
Assistant U.S. Attorney