# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

~~SEALED~~

FILED
NOV 07 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

Morgan Rockcoons, aka "Morgan Rockwell," aka "Metaballo"

**WARRANT FOR ARREST**

Case Number: 17cr3690-AJB

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Morgan Rockcoons
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):

18:1956(a)(3)(B) - Laundering of Monetary Instruments
18:1960(a) - Operation of Unlicensed Money Transmitting Business
18:1343 - Wire Fraud
18:981(a)(1)(C), 982; 28:2461(c) - Criminal Forfeiture

DATE: 10/28/18
ARRESTED BY: STEVEN C. STAFFORD
United States U.S. MARSHAL, S/CA

RECEIVED
OCT 24 PM 3:00
U.S. MARSHALS-S/CA

In violation of Title    See Above

John Morrill                                Clerk of the Court
Name of Issuing Officer                     Title of Issuing Officer

s/ J. Mueller   J. Mueller                  October 24, 2018 at San Diego, California
Signature of Deputy                         Date and Location

Bail fixed at $    No Bail         by      The Honorable Ruben B. Brooks
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |