**DAVID Z. CHESNOFF, ESQ.**
**RICHARD A. SCHONFELD, ESQ.**
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, NV 89101
Telephone (702) 384-5563
Email: Dzchesnoff@cslawoffice.net
Email: Rschonfeld@cslawoffice.net
Attorneys for Defendant *Morgan Rockcoons*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 17-CR-03690-AJB |
| MORGAN ROCKCOONS, | ) STIPULATION TO CONTINUE |
| | ) MOTION HEARING AND |
| Defendant. | ) TRIAL SETTING HEARING |

**IT IS HEREBY STIPULATED AND AGREED**, by and between **JONATHAN SHAPIRO,** Assistant United States Attorney, counsel for the United States of America, and **RICHARD A. SCHONFELD, ESQ.**, counsel for Defendant, **MORGAN ROCKCOONS**, that the Motion to Merge Counts 3 & 4 of the Superseding Indictment and Sever Counts 1 and 2 and the Trial Setting Hearing both scheduled for December 10, 2018 at 2:00pm, be continued to January 14, 2019, at 2:00pm, or a time thereafter convenient to this Honorable Court.

This stipulation is entered into for the following reasons:

1. The undersigned defense counsel recently received a discovery production from the government and needs time to review said production;

2. The Government anticipates producing additional discovery;

3. AUSA Jonathan Shapiro has agreed to this request;

1

4. The Defendant is in custody and does not object to the continuance; and,

5. The parties agree that the time requested herein for the continuance will be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv)

**DATED** this 4th day of December, 2018.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ | /s/ |
| **JONATHAN SHAPIRO, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 880 Front Street, #6293 | California Bar No. 202182 |
| San Diego, California 92101 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorney for Defendant |

## ORDER

**IT IS THEREFORE ORDERED** that the Motion to Merge Counts 3 & 4 of the Superseding Indictment and Sever Counts 1 and 2 and the Trial Setting Hearing both scheduled for December 10, 2018 at 2:00pm, be vacated and continued to January 14, 2019, at 2:00pm.

**DATED** this ____ day of _____, 2018.

_____
**THE HONORABLE ANTHONY J. BATTAGLIA**
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted:

/s/
**RICHARD A. SCHONFELD, ESQ.**
Attorney for Defendant

2