**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 17cr3690 AJB |
| ) | |
| Plaintiff, ) | **ORDER GRANTING JOINT** |
| ) | **MOTION TO CONTINUE** |
| v. ) | **MOTION HEARING** |
| ) | **TRIAL SETTING** |
| MORGAN ROCKCOONS, ) | |
| ) | **(Doc. No. 36)** |
| Defendant. ) | |
| _____ ) | |

    Having reviewed the Stipulation between the Government and the Defendant to continue the hearing on Defendant's Motion to Merge Counts 3 & 4 of the Superseding Indictment and Sever Counts 1 & 2 and to continue the Trial Setting Hearing, the Court finding good cause, hereby Orders that the hearing on Defendant's Motion to Merge Counts 3 & 4 of the Superseding Indictment and Sever Counts 1 and 2, as well as the Trial Setting Hearing both scheduled for December 10, 2018 at 2:00pm, are vacated and continued to January 14, 2019, at 2:00pm.

    The time for the above stated continuance is excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I)

and 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: December 5, 2018

_____
Hon. Anthony J. Battaglia
U.S. District Judge