ADAM L. BRAVERMAN
United States Attorney
JONATHAN I. SHAPIRO
Assistant U.S. Attorney
California Bar No.: 268954
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8225
Email: jonathan.shapiro@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MORGAN ROCKCOONS,<br><br>　　　　Defendant. | Case No.  17CR3690-AJB<br><br>UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS MERGE COUNTS 3 AND 4 OF THE SUPERSEDING INDICTMENT<br><br>Date:　August 21, 2018<br>Time:　1:30 p.m. |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam L. Braverman, United States Attorney, and Jonathan I. Shapiro, Assistant United States Attorney, and hereby files its Response in Opposition to Defendant's Motion to Merge Counts 3 and 4 of the Superseding Indictment.

### I.

### Argument

A. Counts 3 and 4 Should Not Be Merged

Counts 3 and 4 of the Superseding Indictment charge distinct instances of wire fraud and are not multiplicitous. "The test for multiplicity is whether each count 'requires proof of an additional fact which the other does not.'" United States v.

Garlick, 240 F.3d 789, 794 (9th Cir. 2001) (quoting Blockburger v. United States, 284 U.S. 299 (1932)).

The wire fraud statute prohibits "transmit[ting] . . .by means of wire . . . any writings . . .for the purposes of executing" a scheme to defraud. Counts 3 and 4 allege distinct writings. Specifically, Count 3 alleges that defendant caused to be transmitted by wire the following fraudulent statement: "500-1000 Acre plots are for sale for .5 BTC per acre." Count 4 alleges that defendant caused to be transmitted by wire the following fraudulent statement: "Buy Land."

On the face of the Superseding Indictment, it is clear that Counts 3 and 4 allege different writings, and therefore each count requires "proof of an additional fact which the other does not." Accordingly, under the Blockburger test, the two counts are not multiplicitous.

B. The United States Does Not Oppose Severing Counts 3-6

The United States does not oppose defendant's motion to sever Count 1 and 2 from Counts 3-6.

## II.
## CONCLUSION

For the foregoing reasons, the United States respectfully requests that Defendant's motion to merge Counts 3 and 4 be denied.

DATED: December 21, 2018

Respectfully submitted,
ADAM L. BRAVERMAN
United States Attorney

/s/*Jonathan I. Shapiro*
Jonathan I. Shapiro
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>   v.<br><br>MORGAN ROCKCOONS,<br><br>       Defendant. | Case No.: 17CR3690-AJB<br><br>**CERTIFICATE OF SERVICE** |

   I, Jonathan I. Shapiro, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of the **United States' Response in Opposition to Defendant's Motion to Merge Counts 3 and 4 of the Superseding Indictment** on the following party by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System.

      David Z. Chesnoff
      Richard Schonfeld
      Counsel for defendant Morgan Rockcoons

   I declare under penalty of perjury that the foregoing is true and correct.

   Dated:  December 21, 2018.

                              *s/Jonathan I. Shapiro*
                              JONATHAN I. SHAPIRO
                              Assistant U.S. Attorney