DAVID Z. CHESNOFF, ESQ.
RICHARD A. SCHONFELD, ESQ.
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, NV 89101
Telephone (702) 384-5563
Email: Dzchesnoff@cslawoffice.net
Email: Rschonfeld@cslawoffice.net
Attorneys for Defendant *Morgan Rockcoons*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN ROCKCOONS,<br><br>Defendant. | CASE NO. 17-CR-03690-AJB<br><br>REPLY TO RESPONSE (ECF 38) TO MOTION TO MERGE COUNTS 3 AND 4 OF THE SUPERSEDING INDICTMENT AND SEVER COUNTS 1 AND 2 |

TO: ADAM L. BRAVERMAN, UNITED STATES ATTORNEY; AND JONATHAN SHAPIRO, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW, Defendant Morgan Rockcoons, by and through his counsel, David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., of the law firm of Chesnoff & Schonfeld, and hereby files his Reply to Government's Response (ECF 38) to Motion to Merge Counts 3 and 4 of the Superseding Indictment and Sever Counts 1 and 2.

1

This Reply is based upon the papers and pleadings on file herein, the Memorandum of Points and Authorities in support therefor and any argument that may be heard.

Dated this 7th day of January, 2019.

         Respectfully Submitted:

         /s/ Richard A. Schonfeld
         **RICHARD A. SCHONFELD, ESQ**
         **CHESNOFF & SCHONFELD**
         520 South Fourth St.
         Las Vegas, NV 89101
         (702) 384-5563
         Email: rschonfeld@cslawoffice.net
         Attorney for Defendant Morgan Rockcoons

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. THE GOVERNMENT CONCEDES THAT COUNTS 1-2 SHOULD BE SEVERED/BIFURCATED FROM COUNTS 3-6.

In its Response, the government concedes that it does not oppose Defendant's Motion to Sever/Bifurcate Counts 1-2 from Counts 3-6. Accordingly, this request should be summarily granted.

## II. COUNTS 3-4 SHOULD MERGE OR THE GOVERNMENT SHOULD ELECT WHICH CHARGE IT INTENDS TO PROCEED ON.

In its Response to Defendant's request to merge Counts 3 and 4, the government argues that "[o]n the face of the Superseding Indictment, it is clear that Counts 3 and 4 allege different writings, and therefore each count requires "proof of an additional fact which the other does not."" *See* ECF 38, at p. 2, lines 9-11.

However, the government does not specifically address that the two alleged statements apparently were from the same web posting. As such, it is respectfully submitted that Defendant cannot be convicted of two separate fraud charges based on the same alleged web post. While the government alleges there are different "facts", this does not address the overarching fact that they arise from the same alleged internet web post.

Again, the government's suggestion that each alleged representation on the same web post constitutes a different count is the epitome of multiplicity because it suggests more than one crime has been committed. Multiplicity in the indictment may "unfairly suggest that more than one crime has been committed." *United States v. Swafford*, 512 F.3d 833, 844 (6th Cir. 2008). An indictment is multiplicitous when it charges a single offense as an offense multiple times, in separate counts, when, in law and fact, only one crime has been committed. *See U.S. v. Stewart*, 420 F.3d 1007, 1013-14 (9th Cir. 2005).

3

Here, the government should not be permitted to charge the same alleged web page post as two counts.

Accordingly, Counts 3 and 4 should merge, or the government should be required to elect whether it wishes to proceed on Count 3 or Count 4, as a remedy for multiplicitous counts is to require the government to elect on which count it will proceed to trial. *See United States v. Seda*, 978 F.2d 779, 782 (2d Cir. 1992); *United States v. Feldhacker*, 849 F.2d 293, 298 (8th Cir. 1988).

## III. CONCLUSION

In light of the foregoing, this Honorable Court should merge counts 3-4, and based on the non-opposition of the government, should also bifurcate/sever the trial between counts 1 and 2 and the new charges in the Superseding Indictment.

Dated this 7th day of January, 2019.

Respectfully Submitted:

/s/ Richard A. Schonfeld
**DAVID Z. CHESNOFF, ESQ.**
**RICHARD A. SCHONFELD, ESQ**
**CHESNOFF & SCHONFELD**
520 South Fourth St.
Las Vegas, NV 89101
(702) 384-5563
Dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant Morgan Rockcoons

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law Office of Chesnoff & Schonfeld and is a person of such age and discretion as to be competent to serve papers.

That on January 7th, 2019, she served an electronic copy of Defendant's Reply to Response to Motion to Merge Counts 3 and 4 of the Superseding Indictment and Sever Counts 1 and 2, by electronic service (ECF) to the person(s) named below:

> Adam L. Braverman, USA
> Jonathan Shaprio, AUSA
> United States Attorney's Office
> 880 Front Street, Room 6293
> San Diego, CA 92101
> Tel.: (619) 546-6784
> jonathan.shapiro@usdoj.gov

>                     /s/ Rosemary Reyes
> Rosemary Reyes
> Employee of Chesnoff & Schonfeld

5