**RICHARD A. SCHONFELD, ESQ.**
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone (702) 384-5563
Email: Rschonfeld@cslawoffice.net
Attorneys for Defendant *Morgan Rockcoons*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 17-CR-03690-AJB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MORGAN ROCKCOONS, ) | DATE: APRIL 8, 2019 |
| ) | TIME: 3:00 P.M. |
| Defendant. ) | |
| ) | |

### DEFENDANT'S ACKNOWLEDGMENT OF HEARING DATE

**COMES NOW**, Defendant, **MORGAN ROCKCOONS**, by and through his counsel of record, **RICHARD A. SCHONFELD, ESQ.**, and **DAVID Z. CHESNOFF, ESQ.**, of the law firm of **CHESNOFF & SCHONFELD** and hereby respectfully submits his Acknowledgment of Hearing date attached hereto as *Exhibit '1'*.

**DATED** this 1st day of March, 2019.

           Respectfully Submitted:

           /s/ Richard A. Schonfeld
           **RICHARD A. SCHONFELD, ESQ**.
           Attorney for Defendant, Morgan Rockcoons

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law Office of Chesnoff & Schonfeld and is a person of such age and discretion as to be competent to serve papers.

That on March 1, 2019, she served an electronic copy of Defendant's Acknowledgment of Hearing Date by electronic service (ECF) to the person (s) named below:

Adam L. Braverman, USA
Jonathan Shaprio, AUSA
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel.: (619) 546-6784
jonathan.shapiro@usdoj.gov

/s/ Rosemary Reyes
Rosemary Reyes
Employee of Chesnoff & Schonfeld

# EXHIBIT '1'

# Rosemary Reyes

---

**From:** ROCKOONS MORGAN SHANE (54605048)

**Sent Date:** Thursday, February 28, 2019 10:49 PM

**To:** rreyes@cslawoffice.net

**Subject:** RE: RE: Plea Deal

I Morgan Rockcoons hereby acknowledge the Court date of April 8, 2019 at 3:00pm in Courtroom 4A before the Honorable Judge Battaglia.

/s/ Morgan Rockcoons