UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>v.<br><br>MORGAN ROCKCOONS,<br><br>                                Defendant. | Case No.:  17cr3690 AJB<br><br>**ORDER ACCEPTING GUILTY PLEA** |

   No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Lopez are adopted and this Court accepts defendant's PLEA OF GUILTY to count 2, 3 of the Superseding Indictment filed October 24, 2018.

   IT IS SO ORDERED.

Dated:  April 11, 2019

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge