UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN ROCKCOONS,<br><br>　　　　Defendant. | Case No.  17cr3690-AJB<br><br>ORDER OF CRIMINAL FORFEITURE |

　　　　WHEREAS, in the Superseding Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in property of Defendant MORGAN ROCKCOONS ("Defendant") pursuant to Title 18, United States Code, Sections 982(a)(1) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as charged in the Superseding Indictment; and

　　　　WHEREAS, on or about March 7, 2019, Defendant pled guilty before U.S. Magistrate Judge Linda Lopez to Counts 2 and 3 of the Superseding Indictment, which pleas included consent to the forfeiture allegations of the Superseding Indictment, and an agreement to forfeit to the United States the amount of $80,600 as property involved in the offense in Count 2 and proceeds Defendant received from the offense set forth in Count 3, which forfeiture shall be included and incorporated as part of the judgment in this case; and

//

WHEREAS, on April 11, 2019 this Court accepted the guilty pleas of Defendant; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty pleas, the Court determined that $80,600 (U.S. dollars) represents the value of the property involved in Count 2 and the amount of proceeds he received from Count 3 as a result of the offenses to which Defendant pled guilty, Title 18, United States Code, Sections 1960(a) and 1343, as charged in the Superseding Indictment; and

WHEREAS, by virtue of said guilty pleas and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant for the property involved in the offense set forth in Count 2 and the proceeds received by the Defendant set forth in Count 3, in the amount of $80,600, pursuant to 18 U.S.C. §§ 982(a)(1) and 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $80,600 forfeiture and the offenses of conviction; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 21 U.S.C. § 853(p) exist and has agreed the United States may take actions to collect the forfeiture; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorneys of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  Defendant MORGAN ROCKCOONS shall forfeit to the United States the sum of $80,600 pursuant to 18 U.S.C. §§ 982(a)(1) and 981(a)(1)(C) and 28 U.S.C. § 2461(c) in the form of a forfeiture amount for the property involved in the offense set forth in Count 2 and proceeds Defendant received from the offense set forth in Count 3, which forfeiture is in favor of the United States against Defendant MORGAN

1  ROCKCOONS, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f)
2  and 28 U.S.C. § 1961; and

3      2.     This Court shall retain jurisdiction in the case for the purpose of enforcing
4  the order of forfeiture and collecting and enforcing the forfeiture; and

5      3.     Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final
6  as to the Defendant at the time of sentencing and is part of the sentence and included
7  in the judgment; and

8      4.     Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct
9  discovery to identify, locate, or dispose of directly forfeitable assets and substitute
10 assets against which this Order of Forfeiture may be enforced; and

11     5.     The United States may, at any time, move pursuant to Rule 32.2(e) to
12 amend this Order of Forfeiture to substitute property having a value not to exceed
13 $80,600 to satisfy the forfeiture in whole or in part; and

14     6.     The United States may take any and all actions available to it to collect
15 and enforce the forfeiture.

16     IT IS SO ORDERED.

Dated: April 24, 2019

Hon. Anthony J. Battaglia
United States District Judge