# Rosemary Reyes

| | |
|---|---|
| From: | ROCKCOONS MORGAN (54605048) |
| Sent Date: | Wednesday, July 24, 2019 3:21 PM |
| To: | rreyes@cslawoffice.net |
| Subject: | RE: Please Respond |

Dear Richard, I approve of you executing he stipulation and the court entering an order for sestitution in the amount of $39,744.31
signed Morgan Rockcoons
-----Schonfeld, Richard on 7/24/2019 9:07 AM wrote:

\>

ROBERT S. BREWER, JR.
United States Attorney
Jonathan I. Shapiro
Assistant United States Attorney
California Bar No. 268954
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8225
Email: jonathan.shapiro@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN ROCKCOONS,<br><br>Defendant. | Case No. 17cr3690-AJB<br><br>**JOINT STIPULATION REGARDING RESTITUTION** |

The United States of America, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Jonathan I. Shapiro, Assistant United States Attorney, together with defendant Morgan Rockcoons, through his attorneys David Z. Chesnoff and Richard Schonfeld, hereby STIPULATE that:

1. The parties will jointly recommend that defendant pay restitution in the amount of $39,774.31 and that the Court shall order that amount payable forthwith.

2. Defendant agrees and understands that any payment schedule imposed by the Court is without prejudice to the United States to take all actions and take all remedies available to it to collect the full amount of the restitution.

3. Defendant agrees that the restitution, restitution judgment, payment provisions, and collection actions of this plea agreement are intended to, and will, survive defendant, notwithstanding the abatement of any underlying criminal

conviction after the execution of this agreement. Defendant further agrees that any restitution collected and/or distributed will survive him, notwithstanding the abatement of any underlying criminal conviction after execution of this agreement.

4. The restitution described above shall be paid through the Office of the Clerk of the District Court by bank or cashier's check or money order made payable to the "Clerk, United States District Court."

5. Further, the restitution described above shall be paid to or on behalf of the following victim(s):

| Victim | Amount |
| --- | --- |
| Joseph Fitzjerrells | $1,500 |
| Taylor Okamura | $3,041.35 |
| Evan Witmer | $4,857.40 |
| Andrew Reder | $13,208.70 |
| James Reilly | $3,750 |
| D.M. | $10,374.86 |
| Chris Mezzacappa | $3,042 |

//
//
//
//
//
//
//

2

This stipulation is being entered into freely and voluntarily by all parties.

SO STIPULATED AND AGREED

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

Dated:_____

JONATHAN I. SHAPIRO
Assistant United States Attorney

Dated: 7/22/19

RICHARD SCHONFELD
Counsel for Defendant

3

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17CR3690-AJB |
|---|---|
| Plaintiff, |   |
| v. | ORDER OF RESTITUTION |
| MORGAN ROCKCOONS |   |
| Defendant. |   |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. §3663A(a)(1), Defendant MORGAN ROCKCOONS shall pay restitution in the amount of **$39,774.31** as a result of his conviction for wire fraud, in violation of 18 U.S.C. § 1343. Restitution shall be paid to the following victims in the specified amounts, pro rata:

| | NAME | RESTITUTION OWED |
|---|---|---|
| 1 | Joseph Fitzjerrells | $1,500 |
| 2 | Taylor Okamura | $3,041.35 |
| 3 | Evan Witmer | $4,857.40 |
| 4 | Andrew Reder | $13,208.70 |
| 5 | James Reilly | $3,750 |
| 6 | D.M. | $10,374.86 |
| | Chris Mezzacappa | $3,042 |
| | | Total: $39,774.31 |

2. Restitution is due and payable immediately. Notwithstanding any other provision of this Restitution Order, the government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

3. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

 a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

 b. Upon release from custody, Defendant shall pay restitution at the rate of at least $100.00 per month, subject to modification upon further agreement of the parties or order of the Court.

4. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment.

17CR3690-AJB

5. The defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

6. The Court has determined that Defendant does not have the ability to pay interest, and the Court therefore waives the requirement for interest pursuant to 18 U.S.C. § 3612(f)(3)(A).

7. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED:

> Hon. ANTHONY J. BATTAGLIA
> United States District Court