ROBERT S. BREWER, JR.
United States Attorney
JONATHAN I. SHAPIRO
Assistant United States Attorney
California State Bar No. 268954
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8225
Email: Jonathan.Shapiro@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 17CR3690-AJB |
|---|---|---|
| Plaintiff, | ) | REQUEST TO WITHDRAW THE UNITED STATES' STIPULATED FACTS |
| v. | ) | |
| MORGAN ROCKCOONS, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Jonathan I. Shapiro, Assistant United States Attorneys, that this Court authorize the withdrawal of document number **61** from the clerks record.

DATED: July 25, 2019              Respectfully submitted,

                                  ROBERT S. BREWER, JR.
                                  United States Attorney

                                  s/Jonathan I. Shapiro
                                  JONATHAN I. SHAPIRO
                                  Assistant United States Attorney