ROBERT S. BREWER, JR.
United States Attorney
Jonathan I. Shapiro
Assistant United States Attorney
California Bar No. 268954
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8225
Email: jonathan.shapiro@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MORGAN ROCKCOONS, <br><br> Defendant. | Case No. **17cr3690-AJB** <br><br> **JOINT STIPULATION REGARDING RESTITUTION** |

The United States of America, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Jonathan I. Shapiro, Assistant United States Attorney, together with defendant Morgan Rockcoons, through his attorneys David Z. Chesnoff and Richard Schonfeld, hereby STIPULATE that:

1. The parties will jointly recommend that defendant pay restitution in the amount of $39,774.31 and that the Court shall order that amount payable forthwith.

2. Defendant agrees and understands that any payment schedule imposed by the Court is without prejudice to the United States to take all actions and take all remedies available to it to collect the full amount of the restitution.

3. Defendant agrees that the restitution, restitution judgment, payment provisions, and collection actions of this plea agreement are intended to, and will, survive defendant, notwithstanding the abatement of any underlying criminal

conviction after the execution of this agreement. Defendant further agrees that any restitution collected and/or distributed will survive him, notwithstanding the abatement of any underlying criminal conviction after execution of this agreement.

4. The restitution described above shall be paid through the Office of the Clerk of the District Court by bank or cashier's check or money order made payable to the "Clerk, United States District Court."

5. Further, the restitution described above shall be paid to or on behalf of the following victim(s):

| Victim | Amount |
| --- | --- |
| Joseph Fitzjerrells | $1,500 |
| Taylor Okamura | $3,041.35 |
| Evan Witmer | $4,857.40 |
| Andrew Reder | $13,208.70 |
| James Reilly | $3,750 |
| D.M. | $10,374.86 |
| Chris Mezzacappa | $3,042 |

//
//
//
//
//
//
//

2

This stipulation is being entered into freely and voluntarily by all parties.

SO STIPULATED AND AGREED

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

Dated: *July 24, 2019*

*/s/ Jonathan I. Shapiro*
JONATHAN I. SHAPIRO
Assistant United States Attorney

Dated: 7/22/19

*/s/ Richard Schonfeld*
RICHARD SCHONFELD
Counsel for Defendant

3

## Rosemary Reyes

| | |
|---|---|
| **From:** | ROCKCOONS MORGAN (54605048) |
| **Sent Date:** | Wednesday, July 24, 2019 3:21 PM |
| **To:** | rreyes@cslawoffice.net |
| **Subject:** | RE: Please Respond |

Dear Richard, I approve of you executing he stipulation and the court entering an order for sestitution in the amount of $39,744.31
signed Morgan Rockcoons
-----Schonfeld, Richard on 7/24/2019 9:07 AM wrote:

\>