1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17CR3690-AJB |
|---|---|
| Plaintiff, | |
| v. | ORDER OF RESTITUTION |
| MORGAN ROCKCOONS | |
| Defendant. | |

IT IS HEREBY ORDERED:

　　　1.　　Pursuant to 18 U.S.C. §3663A(a)(1), Defendant MORGAN ROCKCOONS shall pay restitution in the amount of **$39,774.31** as a result of his conviction for wire fraud, in violation of 18 U.S.C. § 1343. Restitution shall be paid to the following victims in the specified amounts, pro rata:

///
///
///
///
///
///
///

|   | NAME | RESTITUTION OWED |
|---|---|---|
| 1 | Joseph Fitzjerrells | $1,500 |
| 2 | Taylor Okamura | $3,041.35 |
| 3 | Evan Witmer | $4,857.40 |
| 4 | Andrew Reder | $13,208.70 |
| 5 | James Reilly | $3,750 |
| 6 | D.M. | $10,374.86 |
|   | Chris Mezzacappa | $3,042 |
|   |   | Total: **$39,774.31** |

2. Restitution is due and payable immediately. Notwithstanding any other provision of this Restitution Order, the government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

3. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

   a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

   b. Upon release from custody, Defendant shall pay restitution at the rate of at least $100.00 per month, subject to modification upon further agreement of the parties or order of the Court.

4. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment.

17CR3690-AJB

5. The defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

6. The Court has determined that Defendant does not have the ability to pay interest, and the Court therefore waives the requirement for interest pursuant to 18 U.S.C. § 3612(f)(3)(A).

7. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

9. In view of the parties' stipulation regarding restitution filed in this matter, the restitution hearing scheduled for Monday July 29, 2019, is vacated.

10. The Judgment in this case will be amended to reflect this order of restitution.

IT IS SO ORDERED.

Dated: July 29, 2019

Hon. Anthony J. Battaglia
United States District Judge